UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Criminal No. 22-cr-30018-MGM<br>) |
| CARLOS CASILLAS, | )<br>) |
| Defendant | ) |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to unseal the indictment in this case because the defendant has been arrested, and the indictment may now be made public.

Respectfully submitted,
RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By:   /s/ Catherine G. Curley
CATHERINE G. CURLEY
MA687568
Assistant United States Attorney
300 State Street, Suite 230
Springfield, MA 01105
413-785-0142
Catherine.curley@usdoj.gov

Dated: May 23, 2022